Court, Appellate Division, Second Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of Franklin Frean, against Henry S. Thompson, Commissioner, etc. No opinion. Order reversed, and writ dismissed, for laches in petitioning for it, with $50 costs and disbursements.

PEOPLE ex rel. FRONTIER ELECTRIC RY. CO., Appellant, v. CITY OF NORTH TONAWANDA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Proceeding by the People of the State of New York, on the relation· of the Frontier Electric Railway Company, against the City of North Tonawanda and others. No opinion. Order (70 Misc. Rep. 91, 126 N. Y. Supp. 186) affirmed, with costs.

PEOPLE ex rel. GREEN, Appellant, v. STEINERT, City Magistrate, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, on the relation of Jennie Green, against Henry Steinert, City Magistrate, etc. L. Levy, for appellant. H. Crone, for respondent. No opinion. Order affirmed, with $10 costs ,and disbursements. Order filed.

PEOPLE ex rel. LANGE, Appellant, v. PALMITER, Respondent. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Proceeding by the People of the State of New York, on the relation of John B. Lange, against Clinton C. Palmiter, a police officer, etc. L. Marshall, for appellant. T. Farley, for respondent. No opinion. Order affirmed, on opinion (128 N. Y. Supp. 426) of Newburger, J., in the court below. Order filed.

PEOPLE ex rel. LISK v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Proceeding by the People of the State of New York, on the relation of John W. Lisk, against the Board of Education, etc. C. A. Boston, for relator. C. McIntyre, for. respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. McENERY v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Proceeding by the People of the State of New York, on the relation of John McEnery, against Theodore· A. Bingham, as Commissioner. Grant & Rouss, for relator. Harry Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. McLAUGHLIN, Appellant, v. PRENDERGAST, City Comptroller, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of Adelaide M. McLaughlin, as executrix of John J. McLaughlin, deceased,

against William 'A. Prendergast, as Comptroller of the City of New York. No opinion. Order (127 N. Y. Supp. 1057) affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MURTHA v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of John P. Murtha, against William F. Baker, Commissioner. R. F. Wagner, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. REID v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of Patrick J. Reid, against Theodore A. Bingham, as Commissioner. G. D. Lamb, for relator. H. Crone, for respondent. No·opinion. Writ dismissed, and proceeding affirmed, with costs. Order filed.

PEOPLE ex rel. RUPPERT, Respondent, v. O'DONNEL et al., Com'rs, Appellants. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, on the relation of Jacob Ruppert, against Frank A. O'Donnel and others, as Commissioners, etc. C. A. Peters, for appellants. L. M. Howell, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

PEOPLE ex rel. SMITH, Appellant, v. ATCHINSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Proceeding by the People of the ·State of New York, on the relation of Peter H. Smith, against T. Edward Atchinson and others. No opinion. Writ of certiorari dismissed, stay of proceeding vacated, and proceeding affirmed, with $50 costs and disbursements. .

PEOPLE ex rel. TROY GAS CO. v. HALL et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Proceeding by the People of the State of New York, on the relation of the Troy Gas Company, against Benjamin E. Hall and others, as the State Board of Tax Commissioners, and the City of Troy. No opinion. Motion granted. See, also, 128 N. Y. Supp. 361.

PEOPLE ex rel. TROY GAS CO. v. STATE BOARD OF TAX COM'RS et al. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Proceeding by the People of the State of New York, on the relation of the Troy Gas Company, against the State Board of Tax Commissioners and another. No opinion. Decision heretofore made amended, so as to